IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JONES, : | |
|    Petitioner, : | |
| : | CIVIL ACTION |
| v. : | No. 15-5966 |
| : | |
| BRENDA TRITT, et al., : | |
|    Respondents. : | |

## ORDER

**AND NOW**, this 2nd day of February, 2017, upon careful and independent consideration of the record in this case, the Report and Recommendation of the Honorable David R. Strawbridge, United States Magistrate Judge, (Dkt No. 12), and Petitioner's failure to timely file objections thereto as permitted by Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Dkt No. 1), filed pursuant to 28 U.S.C. § 2254, is **DISMISSED WITH PREJUDICE**;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.